UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY Y, TOWNSEND,

        Plaintiff,

            v.

CHRYSLER LLC, a/k/a OLDCAR CO.,
LLC, a/k/a CERBERUS MANAGEMENT,
LP

        Defendant.

_____/

Case No. 10-cv-12961

HONORABLE STEPHEN J. MURPHY, III

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*
AND REQUEST FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL**

The court having considered the application to proceed *in forma pauperis*:

**IT IS ORDERED** that the application is:

☒ **GRANTED**.

☐ **DENIED**, for the following reasons:

**SERVICE**

The Court having considered the request[1] of the plaintiff that the Court direct service

by a United States Marshal, the Court finds the plaintiff proceeds:

☒ *in forma pauperis* pursuant to 28 U.S.C. § 1915.

☐ as a seaman under 28 U.S.C. § 1916.

---

[1] Upon a plaintiff's request, "the court *may* order that service be made by a United States marshal" or another person appointed by the court"; "the court *must* so order if the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 ...."  Fed. R. Civ. P. 4(c)(3) (emphases supplied).

☐ as neither *in forma pauperis* nor as a seaman.

Therefore, **IT IS ORDERED** that the request for service is:

☒ **GRANTED**, and the clerk is directed to process the complaint and issue the summons for service by the United States Marshal.

☐ **DENIED**, for the following reasons:

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated:  August 2, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2010, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager

2