MIED (Rev. 6/1/07) Acknowledgment of Receipt of Documents

Case 2:10-cv-12961-SJM -MAR   Document 4    Filed 08/03/10   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shirley Y Townsend

      Plaintiff(s),

v.

Chrysler, LLC
aka Oldcard Co, LLC, Cerberus Management, LP

      Defendant(s).
_____/

Case No.  10-cv-12961

Judge Stephen J Murphy, III

Magistrate Judge  Mark A. Randon

**FILED**
AUG - 3 2010
CLERK'S OFFICE
DETROIT

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the United States Marshals for service of process:

1) Order Directing Service;

2) Summons or Waiver of Summons forms;

3) _1_ copy(ies) of Complaint.

2010 AUG -3 PM 1:00
Detroit Eastern Michigan
United States Marshals Office Department of Justice

Date: August 3, 2010

s/D. Tyler
Deputy Clerk

## ACKNOWLEDGMENT

UNITED STATES MARSHAL SERVICE

Date: 8/3/10

[signature]
Signature or Stamp