UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY Y. TOWNSEND,

    Plaintiff,

v.

CHRYSLER LLC aka OLD CARCO LLC,
CERBERUS MANAGEMENT, LP,

    Defendants.

Case No. 10-12961
Hon. Stephen J. Murphy
Mag. Judge Mark A. Randon

---

Shirley Y. Townsend, Pro Se
1057 Williamson Cir.
Pontiac, Michigan 48340
(248) 253-6481

---

## NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE THAT** on April 30, 2009 (the "Petition Date"), Chrysler LLC ("Chrysler") and certain domestic direct and indirect subsidiaries (the "Debtors"), filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which is being jointly administered and which is pending before the Honorable Arthur J. Gonzalez as Case No. 09-50002.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the automatic stay imposed by operation of section 362 of the Bankruptcy Code, from and after the Petition Date no cause of action arising prior to, or relating to the period prior to, the Petition Date, including this action, may be commenced or prosecuted against the Debtors including Chrysler LLC the successor of DaimlerChrysler Corporation, in this civil action, and no related judgment may be

entered or enforced against the Debtors outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose.

                              Respectfully submitted,

                              *s/Martin C. Brook*
                              Martin C. Brook (P65946)
                              Ogletree, Deakins, Nash, Smoak & Stewart,, PLLC
                              33 Bloomfield Hills Parkway, Ste. 120
                              Bloomfield Hills, Michigan 48304
                              (248) 593-6400
Dated:  August 26, 2010            martin.brook@ogletreedeakins.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: N/A, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Shirley Y. Townsend.

                              *s/Martin C. Brook*
                              Martin C. Brook (P65946)
                              Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
                              33 Bloomfield Hills Parkway, Ste. 120
                              Bloomfield Hills, Michigan 48304
                              (248) 593-6400
                              martin.brook@ogletreedeakins.com

9070742.1 (OGLETREE)