UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY Y. TOWNSEND,

    Plaintiff,

v.

CHRYSLER LLC, a/k/a OLDCAR CO.,
LLC, a/k/a CERBERUS MANAGEMENT,
LP,

    Defendant.
_____/

Case No. 10-cv-12961

HONORABLE STEPHEN J. MURPHY, III

### ORDER ADMINISTRATIVELY CLOSING MATTER

Pursuant to § 362 of the Bankruptcy Code, 11 U.S.C. § 362(a), this case is stayed by Chrysler LLC's filing of a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of New York, Case No. 09-50002.

**WHEREFORE,** it is hereby **ORDERED** that:

1. All proceedings against Chrysler in this case are **AUTOMATICALLY STAYED**.

2. The stay does not constitute a dismissal or a decision on the merits.

3. The case is **ADMINISTRATIVELY CLOSED**.

4. When the bankruptcy stay has been removed, upon motion of any party, the case may be reinstated to the Court's active docket.

**SO ORDERED.**

                        s/Stephen J. Murphy, III
                        STEPHEN J. MURPHY, III
                        United States District Judge

Dated: August 30, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 30, 2010, by electronic and/or ordinary mail.

                                                                  John Purdy  
                                                                  Deputy Clerk